IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JACQUELINE BROWN,

       Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 3:06-cv-414/RV/EMT

FINLAY ENTERPRISES INC., and
CARLYLE & CO. OF MONTGOMERY INC.
a/k/a CARLYLE & CO., d/b/a
CARLYLE & CO. OF PANAMA CITY

       Defendants.
_____/

## ORDER

Pending is the Carlyle defendant's motion for summary judgment (doc. 19).

This case involves allegations of consumer discrimination or, as the plaintiff describes it, "shopping while black." The plaintiff claims that prior to --- and as an express condition of --- purchasing jewelry at the defendant's store, she was required to provide a driver's license, orally confirm the address on that license, and then submit to fingerprinting. She further claims that white patrons were not required to "jump through these hoops."

The Carlyle defendant now moves for summary judgment. It has submitted evidence that fingerprints are required of all purchasers who are not Florida residents and who are using a credit card to make the purchase.  There has been no discovery in this case. Indeed, it appears from the docket sheet that the defendants have not yet filed an answer to the complaint.[1] Although the timing of the Carlyle defendant's motion for summary judgment is not *per se* improper, see

---

[1] In fact, it appears that the defendants have not been served with process.

generally Wallace v. Brownell Pontiac-GMC Co., Inc., 703 F.2d 525 (11th Cir. 1983), summary dismissal is, of course, inappropriate if a *prima facie* claim has been alleged and there are genuine disputed issues of material fact. After reviewing the allegations in the complaint, and the arguments in the motion for summary judgment and the plaintiff's response in opposition, I find that there are genuine disputed issues of material fact precluding summary judgment at this early stage in the case, including, but not limited to, whether the plaintiff used a Florida or Maryland driver's license in her attempt to purchase the jewelry.

For these reasons, the Carlyle defendant's motion for summary judgment (doc. 19) will be taken under advisement after a period of discovery has elapsed. Notice of an advisement date will be provided by the Court after the case is at issue and the scheduling requirements have been met.

**DONE and ORDERED this 2nd day of July, 2007.**

/s/ *Roger Vinson*
**ROGER VINSON
Senior United States District Judge**